1  BENJAMIN B. WAGNER
   United States Attorney
2  ANDRÉ M. ESPINOSA
   ROSANNE L. RUST
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0176-TLN and |
|---|---|
| Plaintiff, | CASE NO. 1:15-cr-00242-LJO |
| v. | NOTICE OF RELATED CASE ORDER |
| BOONE B. KHOONSRIVONG, THONGCHONE VONGDENG, DAISY SYSENGRAT, VUTHIYA TIM, MEGAN PARADIS, SEQUOIA VALVERDE, AMBER COLLINS, SOMALY SIV, and JAFFREY BROWN, | |
| Defendants. | |

                                 ORDER

For the reasons set forth in the Notice of Related Cases filed by counsel for the plaintiff United States of America, the Court finds that Criminal Case No. 1:15-cr-00242-LJO, is related to the above captioned matter within the meaning of Local Rule 83-123.

Based upon this finding,

**IT IS HEREBY ORDERED** that:

ORDER                                   1

1     The Clerk of the Court shall REASSIGN Case No. 1:15-cr-00242-LJO to the Honorable TROY L. NUNLEY.

Dated: November 9, 2015

                                            Troy L. Nunley
                                            United States District Judge