```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ Rosanne L. Rust
   │ André M. Espinosa
 3 │ Assistant United States Attorneys
   │ 501 I Street, Suite 10-100
 4 │ Sacramento, CA 95814
   │ Telephone: (916) 554-2700
 5 │ Facsimile:  (916) 554-2900
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
```

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 1:15-CR-00242-TLN-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| VUTHIYA TIM, BOONE KHOONSRIVANG, & MEGHAN PARADIS, | DATE: December 10, 2015 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 10, 2015.

2. By this stipulation, defendants now move to continue the status conference until February 4, 2016, at 9:30 a.m., and to exclude time between December 10, 2015, and February 4, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes disks worth of data, containing video footage, photographs and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to conduct investigation and then

consult with their respective clients, and to otherwise prepare.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2015 to February 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 1, 2015                              BENJAMIN B. WAGNER
                                                            United States Attorney

                                                            /s/ Rosanne L. Rust
                                                            Rosanne L. Rust
                                                            Assistant United States Attorney

Dated: December 1, 2015                              /s/ Michael Bigelow
                                                            Michael Bigelow
                                                            Counsel for Defendant
                                                            Meghan Paradis

Dated:  December 1, 2015                    /s/ Christopher Cosca
                                            Christopher Cosca
                                            Counsel for Defendant
                                            Vuthiya Tim

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 2nd day of December, 2015.

                                            Troy L. Nunley
                                            United States District Judge