1  PHILLIP A. TALBERT
   United States Attorney
2  ROSANNE L. RUST
   ANDRÉ M. ESPINOSA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   (916) 554-2700
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO.  2:15-cr-00176-TLN
                                       )            1:15-cr-00242-TLN
12         Plaintiff,                  )
                                       )  **STIPULATION AND ORDER TO CONTINUE
13    v.                               )  THE RESTITUTION HEARING**
                                       )
14  VITHIYA TIM,                       )  DATE: AUGUST 31, 2017
                                       )  TIME: 9:30AM
15                                     )  COURT: HON. TROY L. NUNLEY
           Defendant.                  )
16

17

18         Plaintiff United States of America, by and through its counsel, Assistant United States Attorney

19  Rosanne L. Rust, and defendant, Vithiya Tim, by and through his counsel, Chris Cosca, hereby

20  stipulate as follows:

21         1.      By previous order, the restitution hearing in this matter was rescheduled for August 31,

22  2017.

23         2.      The parties agree that this request for continuance now seeks to schedule the restitution

24  hearing beyond 90 days from Ms. Tim's sentencing.  The parties agree, however, that "'. . . the purpose

25  behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants

26  from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims

27  from the willful dissipation of defendants' assets.'" *United States v. Cienfuegos*, 462 F.3d 1160, 1162-

28  63 (9th Cir. 2006) (quoting *United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004)).

1       3.      The parties also agree that sentencing courts are not deprived of their authority to order

2 restitution when they miss the ninety-day deadline "at least where . . . the sentencing court made clear

3 prior to the deadline's expiration that it would order restitution, leaving open (for more than 90 days)

4 only the amount." *Dolan v. United States*, 560 U.S. 605, 608 (2010).

5       4.      Against this backdrop and for the reasons articulated herein, by stipulation, the parties

6 now jointly move to continue the restitution hearing until October 5, 2017, so that they may reach a

7 resolution regarding the restitution amount.  The government has submitted a proposed restitution

8 amount to defense counsel.  Defense counsel has stated that he needs more time to determine if that

9 proposed amount is accurate, and to discuss this matter with his client.  Given that, along with defense

10 counsel's current litigation schedule over the next several weeks, the parties request an extension of the

11 restitution hearing.  The government expects that the parties will be able to resolve the restitution

12 amount issue, and be able to submit a stipulation and proposed order to the Court by October 5, 2017,

13 obviating the need for a hearing on this matter.

14       5.      Accordingly, the parties request that the restitution hearing be continued to October 5,

15 2017.

16       IT IS SO STIPULATED.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  August 28, 2017

*/s/ Rosanne L. Rust*
By:   ROSANNE L. RUST
      Assistant U.S. Attorney

LAW OFFICE OF CHRIS COSCA

Dated:  August 28, 2017      By:  /s/ *Chris Cosca*
      CHRIS COSCA
      Attorneys for VITHIYA TIM

25 ///

26 ///

27 ///

28 ///

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The restitution hearing in this matter is continued to October 5, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  August 28, 2017

_____
Troy L. Nunley
United States District Judge