KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VUTHIYA TIM,<br><br>Defendants. | No. 2:15-CR-176-TLN<br>　　　1:15-CR-0242-TLN<br><br>STIPULATION AND ORDER CONTINUING ADMIT OR DENY HEARING<br><br>Date:　October 31, 2019<br>Time:　9:30 am.<br>Judge:　Honorable Troy L Nunley |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samuel Stefanki, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant Vuthiya Tim, that the previously-scheduled Admit or Deny Hearing, currently set for October 24, 2019, be vacated and that the matter be set for the Admit or Deny Hearing on October 31, 2019 at 9:30 a.m.

　　　Counsel have conferred and this continuance is requested to further prepare, investigate and work with Mr. Tim's probation officer to see if there are rehabilitation programs available

　　　//

　　　//

1

that would accept the defendant.

IT IS SO STIPULATED.

Dated: October 22, 2019                                McGREGOR SCOTT
                                                       UNITED STATES ATTORNEY

                                              by:      /s/ Samuel Stefanki
                                                       SAMUEL STEFANKI
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff


Dated: October 22, 2019                                /s/ Kyle R. Knapp
                                                       KYLE KNAPP
                                                       Attorney for Defendant
                                                       Vuthiya Tim

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's October 24, 2019 criminal calendar and re-calendared for admit/deny on October 31, 2019, at 9:30 a.m..

**IT IS SO ORDERED.**

DATED: October 22, 2019

Troy L. Nunley
United States District Judge